

H.K. TSE,

Room 1535, TAI ON LAU,

57, ~~Sai~~ Shaukiwan Road,

Shaukiewan,

Hong Kong.

RETURN ENVELOP.

AIR MAIL

FIRST CLASS

FIRST CLASS